UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN POKRAS,<br>    Plaintiff<br>    v.<br>J. LEWIS and S. MORRIS,<br>    Defendants. | Case No. CV 17-6603-JVS (GJS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: April 19, 2018        _____
                                       JAMES V. SELNA
                                       UNITED STATES DISTRICT JUDGE